FILED
SCRANTON
MAR 2 3 2021
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

                            :    No. 3:21-CR- 0 79

    v.                      :

                            :    (Judge        )

GREGORY DEHART,             :
SAMANTHA PIASECKI,          :
MITCHELL BETHEA,            :
a/k/a "FRANKIE BLANCO,"     :
            Defendants.     :

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

From on or about and between December 22, 2019, to on or about

January 11, 2021, within the Middle District of Pennsylvania, and

elsewhere, the defendants,

GREGORY DEHART, SAMANTHA PIASECKI,

AND MITCHELL BETHEA a/k/a "FRANKIE BLANCO,"

did knowingly and intentionally combine, conspire, confederate, and agree

together with each other and with other persons, both known and

unknown to the Grand Jury, to commit an offense against the United

States, namely, to knowingly and intentionally make material false

1

statements in connection with the acquisition in interstate commerce of firearms from a licensed firearms dealer, in violation of Title 18, United States Code, Section 922(a)(6).

## OVERT ACTS

To accomplish the objectives of the conspiracy, Defendants GREGORY DEHART, SAMANTHA PIASECKI, and MITCHELL BETHEA a/k/a "FRANKIE BLANCO," and their co-conspirators, both known and unknown to the grand jury, committed the following overt acts, among others, in furtherance of the conspiracy:

a) On or about December 22, 2019, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Smith & Wesson Model SD9VE 9mm pistol bearing serial number FZH1484;

b) On or about December 22, 2019, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Sturm Ruger Security 9 9mm pistol bearing serial number 382-52038;

c) On or about December 28, 2019, an ATF Form 4473 was completed

by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Ruger Model SR9C 9mm pistol bearing serial number 333-44722, and a Ruger Model LCP .380 handgun bearing serial number 371208682;

d) On or about March 5, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Taurus Model TX 22 .22 pistol bearing serial number 1PT031298;

e) On or about March 13, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Smith & Wesson Model SD40VE .40 caliber pistol bearing serial number HFL3262;

f) On or about March 16, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Ruger Model EC9S 9mm pistol bearing serial number 45580421;

g) On or about June 11, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than

the actual intended purchaser, in connection with the purchase of a Taurus Model 604 .357 revolver bearing serial number ABC352680;

h) On or about June 24, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Smith & Wesson Shield Model .45 pistol bearing serial number HYN6708;

i) On or about June 30, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Taurus Model G2C 9mm pistol bearing serial number ABE588436;

j) On or about July 9, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Hi-Point Model C9 9mm pistol bearing serial number P1960297, and a Hi-Point Model JHP .45 pistol bearing serial number 4221744;

k) On or about July 20, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Hi-Point Model C9 9mm pistol bearing serial number P10091520

4

and a Taurus Model G25 9mm pistol bearing serial number TL552199;

l)  On or about August 1, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a SCCY Model CPX-1 9mm pistol bearing serial number 159615;

m) On or about August 5, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Taurus Model G25 9mm pistol bearing serial number TLZ44290;

n)  On or about August 8, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Phoenix Arms Model HP22 .22LR pistol bearing serial number 4564184;

o)  On or about August 13, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a SCCY Model CPX-1 9mm pistol bearing serial number 399080 and a Ruger Model EC9 9mm pistol bearing serial number 457-78505;

p) On or about August 20, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Taurus Model G2C 9mm pistol bearing serial number TM066395 and a Taurus Model 85 .38 Special revolver bearing serial number 1Y87726;

q) On or about August 29, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a SAR Arms Model ST45 .45 caliber pistol bearing serial number T1102-17AF00388 and a Phoenix Arms Model HP22 .22LR pistol bearing serial number 4564193;

r) On or about September 1, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Taurus Model G2C 9mm pistol bearing serial number ABH800539;

s) On or about September 5, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase

of a Taurus Model 709 9mm pistol bearing serial number TKN11391 and a Ruger Model EC9 9mm pistol bearing serial number 457-94622;

t) On or about September 26, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a SCCY Model CPX-1 9mm pistol bearing serial number 329975;

u) On or about October 8, 2020, an ATF Form 4473 was completed by Defendant SAMANTHA PIASECKI in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Smith & Wesson Model 4043 .40 caliber pistol bearing serial number TZS3762;

v) On or about October 8, 2020, Defendants SAMANTHA PIASECKI and GREGORY DEHART drove to the residence of Defendant MITCHELL BETHEA in order to exchange the pistol described in sub-paragraph (u), above, to the actual buyer;

w) On or about October 8, 2020, Defendant MITCHELL BETHEA paid Defendant SAMANTHA PIASECKI seventy-five (75) dollars, United States Currency, for purchasing the pistol described in sub-paragraph (u), above;

x) On or about December 7, 2020, an ATF Form 4473 was completed by Defendant GREGORY DEHART in the name of a person, other than the actual intended purchaser, in connection with the purchase of a Glock Model 62Gen5 9mm pistol bearing serial number AEZ7212;

y) Between on or about December 22, 2019, and on or about January 4, 2020, Defendant MITCHELL BETHEA gave Defendant GREGORY DEHART access to a cash app card in order for Defendant GREGORY DEHART to receive cash payments from a convenience store located in Lackawanna County, in exchange for DEHART's purchase of firearms.

All in violation of Title 18, United States Code, Section 371.

## THE GRAND JURY FURTHER CHARGES:

### COUNT 2

On or about October 8, 2020, in Lackawanna County, within the Middle District of Pennsylvania, the defendants,

**GREGORY DEHART, SAMANTHA PIASECKI,**

**AND MITCHELL BETHEA a/k/a "FRANKIE BLANCO,"**

aided and abetted by each other, in connection with the acquisition of a

firearm, to wit, a Smith & Wesson Model 4043, .40 caliber pistol, bearing serial number TZS3762, from J&G Sport Center, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, U.S.C, did knowingly and intentionally make false and fictitious statements to an employee of J&G Sport Center which was intended and likely to deceive an employee of J&G Sport Center as to a fact material to the lawfulness of such sale, acquisition, and attempted acquisition of said firearms to the defendant under chapter 44, Title 18, in that Defendants GREGORY DEHART and MITCHELL BETHEA did induce another person, namely Defendant SAMANTHA PIASECKI, to make false statements to J&G Sport Center as to the actual purchaser of the firearms.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## THE GRAND JURY FURTHER CHARGES:

### COUNT 3

On or about December 28, 2019, in Lackawanna County, within the Middle District of Pennsylvania, the defendants,

**GREGORY DEHART AND MITCHELL BETHEA**

a/k/a "FRANKIE BLANCO,"

aided and abetted by another, in connection with the acquisition of a firearm, to wit, a Ruger Model SR9C 9mm pistol, bearing serial number 333-44722, and a Ruger Model LCP .380 pistol, bearing serial number 371208682, from Keyser Industries LLC/Roll Call ("Roll Call"), a licensed dealer of firearms within the meaning of Chapter 44, Title 18, U.S.C, did knowingly and intentionally make false and fictitious statements to an employee of Roll Call which was intended and likely to deceive an employee of Roll Call as to a fact material to the lawfulness of such sale, acquisition, and attempted acquisition of said firearms to Defendant GREGORY DEHART under chapter 44, Title 18, in that Defendant MITCHELL BETHEA did induce another person, namely Defendant GREGORY DEHART to make false statements to Roll Call as to the actual purchaser of the firearms.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

10

## THE GRAND JURY FURTHER CHARGES:

### COUNT 4

On or about July 9, 2020, in Lackawanna County, within the Middle District of Pennsylvania, the defendant,

### GREGORY DEHART,

aided and abetted by another, in connection with the acquisition of a firearm, to wit, a Hi-Point Model C9 9mm pistol bearing serial number P1960297, and a Hi-Point Model JGP .45 caliber pistol bearing serial number 4221744, from J&G Sport Center., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, U.S.C, did knowingly and intentionally make false and fictitious statements to an employee of J&G Sport Center which was intended and likely to deceive an employee of J&G Sport Center as to a fact material to the lawfulness of such sale, acquisition, and attempted acquisition of said firearms to the defendant under chapter 44, Title 18, in that the defendant did make false statements to J&G Sport Center as to the actual purchaser of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## FORFEITURE ALLEGATION

1.     The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code Section 924(d)(1).

2.     Pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code Section 924(d)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 371, Title 18, United States Code, Section 922(a)(6), and Title 18, United States Code, Section 924(a)(2),

**GREGORY DEHART, SAMANTHA PIASECKI,**

**AND MITCHELL BETHEA a/k/a "FRANKIE BLANCO,"**

shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of said offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

a.     A Smith & Wesson Model SD9VE 9mm pistol, S/N FZH1584

b.   A Sturm Ruger 9mm Security 9 9mm pistol, S/N 382-52038

c.   A Ruger Model SR9C 9mm pistol, S/N 333-44722

d.   A Ruger Model LCP .380 handgun, S/N 371208682

e.   A Taurus Model TX22 .22LR pistol, S/N 1PT031298

f.   A Smith & Wesson Model SD40VE .40 caliber pistol, S/N HFL3262

g.   A Ruger Model EC9S 9mm pistol, S/N 45580421

h.   A Taurus Model 605 .357 revolver, S/N ABC352680

i.   A Smith & Wesson Shield .45 pistol, S/N HYN6708

j.   A Taurus Model G2C 9mm pistol, S/N ABE588436

k.   A Hi-Point C9 9mm pistol, S/N P1960297

l.   A Hi-Point JHP .45 pistol, S/N 4221744

m.   A Hi-Point C9 9mm pistol, S/N P10091520

n.   A Taurus Model G25 9mm pistol, S/N TL442199

o.   A SCCY Model CPX-1 9mm pistol, S/N 159615

p.   A Taurus Model G25 9mm pistol, S/N TLZ44290

q.   A Phoenix Arms Model HP22 .22LR pistol, S/N 4564184

r.   A Ruger Model EC9 9mm pistol, S/N 457-78505

s.   A SCCY Model CPX-1 9mm pistol, S/N 399080

13

t.   A Taurus Model G2C 9mm pistol, S/N TM066395

u.   A Taurus Model 85 .38 Special revolver, S/N 1Y87726

v.   A SAR Arms Model ST45 .45 pistol, S/N T1102-17AF00388

w.   A Phoenix Arms Model HP22 .22 LR pistol, S/N 4564193

x.   A Taurus Model G2C 9mm pistol, S/N ABH800539

y.   A Taurus Model 709 9mm pistol, S/N TKN11391

z.   A Ruger Model EC9 9mm pistol, S/N 457-94622

aa.   A SCCY CPX-1 9mm pistol, S/N 329975

bb.   A Smith & Wesson Model 4043, .40 caliber pistol, S/N TZS3763

cc.   A Glock Model 62Gen5 9mm pistol, S/N AEZ7212

If any of the forfeitable property described above, as a result of any act or omission of the defendants:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot

14

be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property pursuant to Title 21, United States Code, 853(p), and Title 28,

United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C),

Title 28, United States Code, Section 2461(c), and 18 United States Code,

Section 924(d)(1).

A TRUE BILL

BRUCE D. BRANDLER
Acting United States Attorney

By:

JAMES M. BUCHANAN
Assistant United States Attorney

Date: 3-23-21

15